IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN W. HANNA<br><br>　　　　Plaintiff,<br><br>　v.<br><br>READING POLICE DEPARTMENT SERGEANT MENGES<br><br>　　　　Defendant. | CIVIL ACTION NO. 21-3812 |

# ORDER

**AND NOW,** this 27th day of March 2024, upon consideration of Defendant's Motion to Dismiss [Doc. No. 29], and the responses and replies thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED**. The case against Defendant Sergeant Menges is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the case.

　　It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**